# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**JOHNETTA ATKINS,**

    Plaintiff,

v.                                               Case No.: **3:14-cv-221-J-25PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Complaint (Dkt. 1) seeking review of the final decision of the Commissioner of the Social Security Administration to deny Plaintiff's claims for disability insurance benefits pursuant to 42 U.S.C. § 405(g).

Magistrate Judge Patricia D. Barksdale issued a Report and Recommendation recommending that the Commissioner's decision be reversed and the case be remanded for further proceedings (Dkt. 20). The parties were furnished a copy of the Report and Recommendation and had an opportunity to file objections. No objections have been filed. Upon consideration of the Report and Recommendation of the Magistrate Judge,

the Court finds that the Report and Recommendation should be adopted. Accordingly, it is

>**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 20) is adopted and incorporated by reference in this Order.

2. The decision by the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Court **REMANDS** the case to the Commissioner with directions for the ALJ to reevaluate Dr. Keller's opinions concerning Atkins' functional limitations; to reevaluate her credibility if appropriate; and to take any other necessary action.

4. The Clerk is directed to enter judgment in favor of Plaintiff Johnetta Atkins, and to close this case.

**DONE AND ORDERED** this 14 day of July, 2015.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record